```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 07-203-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| SANDON SMITH, ) | |
| ) | |
| Defendant. ) | Hon. Lawrence K. Karlton |

The parties request and stipulate that the time beginning January 23, 2008, and extending through February 5, 2008 and stipulate should be excluded from the calculation of time under the Speedy Trial Act. Defendant Smith and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the parties are working toward a final disposition and need additional time to finalize the proposed plea agreement. The parties stipulate and agree that the interests of justice served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4. The Court on January 23, 2008 ordered a T-4 exclusion of time until February 5, 2008.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 23, 2008          By:/s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney

Dated: January 23, 2008          By:/s/ Steven Bauer
                                    STEVEN BAUER
                                    Attorney for defendant
                                    Sandon Smith

1 **ORDER**

2  In case number 07-203 LKK, the time beginning January 23,
3 2008, and extending through February 5, 2008, is excluded from
4 the calculation of time under the Speedy Trial Act.  The Court
5 finds that interests of justice served by granting this
6 continuance outweigh the best interests of the public and the
7 defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and local
8 code T-4.  The next court date will be set for February 5, 2008.

10 IT IS SO ORDERED.

12 Dated: January 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT